AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX XXXXXX Street, SE
Apartment #X
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Christopher Fiorito   being duly sworn depose and say:

I am a(n)   Federal Bureau of Investigation   and have reason to believe
                    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location):
Location is described as a brick multi-unit apartment building. The number "XXXX" are posted on the front entrance of the apartment building itself, in white and affixed to the brown placard. Apartment #X is located on the second floor and has a brown door with a metallic door knocker with the number "X" located on the center of the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title  21  United States Code, Section(s)  841 (a)(1) & 846 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer