UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :
                                      :    No. 06-227 M-01.
        v.                            :
                                      :    **UNDER SEAL**
ENTIRE PREMISES OF                    :
1117 WAHLER PLACE, SE                 :
3092 STANTON ROAD SE, APT #203        :
4203 FOURTH STREET, SE, APT #1        :
4331 FOURTH STREET, SE, APT #2        :
4331 FOURTH STREET, SE APT #5         :
4217 FOURTH STREET, SE, APT #3        :
4204 FOURTH STREET, S.E., APT #201    :            FILED
3819 SECOND STREET, S.E., APT C       :
All in Washington, D.C.               :          MAY 18 2006
                                      :
                                           NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

## ORDER

Upon motion of the United States, it is this __18__ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge

3