AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4331 Fourth Street, SE
Apartment, #5
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06 - 227 M - 01.

TO:   Special Agent Christopher Fiorito   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):
Location is described as a brick multi-unit apartment building. The number "4331" are posted on the front entrance of the apartment building itself, in white and affixed to the brown placard. Apartment #5 is located on the second floor and has a brown door with a metallic door knocker with the number "5"located on the center of the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   MAY 26 2006
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006

Date and Time Issued   ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>5/18/06 | DATE AND TIME WARRANT EXECUTED<br>5/23/06  11:03 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>NAKITA MARIE WALKER |
| INVENTORY MADE IN THE PRESENCE OF<br>NAKITA MARIE WALKER |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FILED**

MAY 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   05-30-06
U.S. Judge or U.S. Magistrate Judge   Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 4331 4th STREET SE, APT 5

(City) WASHINGTON DC

Description of Item(s): ITEM 1 - INMATE PHONE RECORDS, FRONT OF VERIZON BILL FOR EUGENE PUSH, CLARENCE VENABLE AND PHOTO OF CLARENCE VENABLE - FOUND ROOM B

ITEM 2 - ASSORTED DOCUMENTS PHOTOS, MAIL MATTER LOCATED ROOM C

Received By: _____ (Signature)

Received From: _____ (Signature)